1

JAN HASSELMAN (WSB #29107)  
Earthjustice  
705 Second Avenue, Suite 203  
Seattle, WA 98104-1711  
(206) 343-7340  
(206) 343-1526 *[FAX]*  
jhasselman@earthjustice.org  

*Attorney for Plaintiff*

THE HONORABLE RICHARD A. JONES

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

SWINOMISH INDIAN TRIBAL  
COMMUNITY,

       Plaintiff,

    v.

SKAGIT COUNTY DIKE DISTRICT NO. 22,  
BOARD OF COMMISSIONERS OF SKAGIT  
COUNTY DIKE DISTRICT NO. 22,  
STANLEY E. NELSON, NOLAN LEE,  
CURTIS B. WYLIE, ROBERT A. HUGHES,  
and DAVID HUGHES,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. C07-1348-RAJ

**SECOND AMENDED** STIPULATED  
MOTION TO APPROVE CONSENT  
DECREE; ORDER APPROVING CONSENT  
DECREE

      Pursuant to the Court's September 5, 2008 summary judgment order, plaintiff Swinomish

Indian Tribal Community ("Tribe") and defendants Skagit County Dike District No. 22, et al.

("District") jointly move this Court to adopt the attached Amended Consent Decree settling the

remedy for the District's violations of the Clean Water Act ("CWA") and Endangered Species

Act ("ESA"). The Amended Consent Decree, which is lodged herewith as Exhibit 1, represents

a good faith settlement of the remaining disputed issues in this case and is consistent with and

advances the goals of the CWA and ESA.

**SECOND AMENDED** STIPULATED MOTION TO APPROVE  
CONSENT DECREE; ORDER APPROVING  
CONSENT DECREE (C07-1348-RAJ)   - 1 -

The parties have agreed to make minor changes to the previously filed consent decree at the request of the federal government, and those changes are reflected in the amended consent decree attached to this motion. The parties have been informed that because the government's proposed changes have been agreed to by the parties, the government has no objection to the entry of this amended consent decree and it can be formally adopted by this Court. **Accordingly, the parties respectfully request that the Court enter this Amended Consent Decree at its earliest convenience.**

Respectfully submitted this 28th day of January, 2009.


/s/  Jan Hasselman
JAN HASSELMAN (WSB #29107)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorney for Plaintiff*


/s/  Gary T. Jones
GARY T. JONES (WSBA #5217)
Jones & Smith
Attorneys at Law
P.O. Box 1245
415 Pine Street
Mount Vernon, WA  98273
(360) 336-6608
(360) 336-2094 *[FAX]*
gjones@jonesandsmith.com

*Attorney for Defendants*

**SECOND AMENDED** STIPULATED MOTION TO APPROVE
CONSENT DECREE; ORDER APPROVING
CONSENT DECREE (C07-1348-RAJ)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

## ORDER APPROVING CONSENT DECREE

The Consent Decree is hereby APPROVED.


DATED this 29th day of January, 2009.


Richard A Jones
_____
The Honorable Richard A. Jones
United States District Judge

**SECOND AMENDED** STIPULATED MOTION TO APPROVE
CONSENT DECREE; ORDER APPROVING
CONSENT DECREE (C07-1348-RAJ)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*