1    JAN HASSELMAN (WSB #29107)          THE HONORABLE RICHARD A. JONES
     Earthjustice
2    705 Second Avenue, Suite 203
     Seattle, WA  98104-1711
3    (206) 343-7340
     (206) 343-1526 *[FAX]*
4    jhasselman@earthjustice.org

5    *Attorney for Plaintiff*

6

7

8                        UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF WASHINGTON
9

10   SWINOMISH INDIAN TRIBAL            )
     COMMUNITY,                         )  Civ. No.  C07-1348-RAJ
11                                      )
                    Plaintiff,          )
12                                      )  STIPULATED MOTION TO APPROVE
          v.                            )  SECOND AMENDED CONSENT DECREE;
13                                      )  [PROPOSED] ORDER APPROVING
     SKAGIT COUNTY DIKE DISTRICT NO. 22, )  SECOND AMENDED CONSENT DECREE
14   BOARD OF COMMISSIONERS OF SKAGIT )
     COUNTY DIKE DISTRICT NO. 22,       )
15   STANLEY E. NELSON, NOLAN LEE,      )  NOTE ON MOTION CALENDAR:
     CURTIS B. WYLIE, ROBERT A. HUGHES, )  FRIDAY, OCTOBER 12, 2012
16   and DAVID HUGHES,                  )
                                        )
17                  Defendants.         )
                                        )
18   _____)

19        Pursuant to the Court's September 5, 2008 summary judgment order, plaintiff Swinomish

20   Indian Tribal Community ("Tribe") and defendants Skagit County Dike District No. 22, et al.

21   ("District") jointly move this Court to adopt the attached Second Amended Consent Decree

22   settling the remedy for the District's violations of the Clean Water Act ("CWA") and

23   Endangered Species Act ("ESA").  The Second Amended Consent Decree, which is lodged

24   herewith as Exhibit 1, represents a good faith settlement of the remaining disputed issues in this

25   case and is consistent with and advances the goals of the CWA and ESA.

26        The parties have submitted the attached Consent Decree to the federal government for

27   STIPULATED MOTION TO APPROVE SECOND AMENDED
     CONSENT DECREE; [PROPOSED] ORDER APPROVING                *Earthjustice*
28   SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 1 -      *705 Second Ave., Suite 203*
                                                              *Seattle, WA  98104*
                                                              *(206) 343-7340*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

comment.  The parties have agreed to make changes to their proposed amended consent decree at

the request of the federal government, and those changes are reflected in the second amended

consent decree attached to this motion.  The parties have been informed that because the

government's proposed changes have been agreed to by the parties, the government has no

objection to the entry of this second amended consent decree, and intends to inform the Court of

its position by letter shortly.  **Accordingly, the parties respectfully request that the Court**

**enter this Second Amended Consent Decree at its earliest convenience after the noting date**

**for this motion.**

Respectfully submitted this 5th day of October, 2012.

s/  Jan Hasselman
JAN HASSELMAN (WSB #29107)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorney for Plaintiff*

* per email authorization

s/  Jan Hasselman, for *
GARY T. JONES (WSBA #5217)
Jones & Smith
Attorneys at Law
P.O. Box 1245
415 Pine Street
Mount Vernon, WA  98273
(360) 336-6608
(360) 336-2094 *[FAX]*
gjones@jonesandsmith.com

*Attorney for Defendants*

STIPULATED MOTION TO APPROVE SECOND AMENDED
CONSENT DECREE; [PROPOSED] ORDER APPROVING
SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

[PROPOSED] ORDER APPROVING SECOND
AMENDED CONSENT DECREE

2

The Second Amended Consent Decree is hereby APPROVED.

3

DATED this _____ day of _____, 2012.

4

5

6

_____
THE HONORABLE RICHARD A. JONES
Judge, U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO APPROVE SECOND AMENDED
CONSENT DECREE; [PROPOSED] ORDER APPROVING
SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 3 -

28

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

CERTIFICATE OF SERVICE

2

I am a citizen of the United States and a resident of the State of Washington.  I am over

3

18 years of age and not a party to this action.  My business address is 705 Second Avenue, Suite

4

203, Seattle, Washington 98104.

5

On October 5, 2012, I served a true and correct copy of the following documents on the

6

parties listed below:

7

1.    Stipulated Motion to Approve Second Amended Consent Decree; [Proposed]
       Order Approving Second Amended Consent Decree; and

8

2.    **Second Amended** Consent Decree Re. Remedy for Violations of Endangered
       Species Act and Clean Water Act [Exhibit 1].

9

10

Gary T. Jones
Jones & Smith
Attorneys at Law
P.O. Box 1245
Mount Vernon, WA  98273
**Street address:**
415 Pine Street
Mount Vernon, WA  98273-3853
360-336-6608
360-336-2094 *[FAX]*
gjones@jonesandsmith.com
*Attorney for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via hand delivery
☐ via first-class U.S. mail
☐ via e-mail
☒ via Court's CM/ECF system

11

12

13

14

15

16

Karen Budd-Falen
Budd-Falen Law Offices, LLC
P.O. Box 346
Cheyenne, WY  82003
**Street address:**
300 E. 18th Street
Cheyenne, WY  82003
307-632-5105
karen@buddfalen.com
*Attorney for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via hand delivery
☐ via first-class U.S. mail
☐ via e-mail
☒ via Court's CM/ECF system

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE (CV 07-1348-RAJ)    - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1      I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and

2   correct.  Executed on this 5th day of October, 2012, at Seattle, Washington.

3

4

5   Catherine Hamborg

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                          *Earthjustice*
                                                            *705 Second Ave., Suite 203*
                                                            *Seattle, WA  98104*
26   CERTIFICATE OF SERVICE (CV 07-1348-RAJ)    - 2 -      *(206) 343-7340*