1  JAN HASSELMAN (WSB #29107)        THE HONORABLE RICHARD A. JONES
   Earthjustice
2  705 Second Avenue, Suite 203
   Seattle, WA  98104-1711
3  (206) 343-7340
   (206) 343-1526 *[FAX]*
4  jhasselman@earthjustice.org

5  *Attorney for Plaintiff*

6

7

8                UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
9

10 SWINOMISH INDIAN TRIBAL           )
   COMMUNITY,                        )  Civ. No.  C07-1348-RAJ
11                                   )
              Plaintiff,             )
12                                   )  STIPULATED MOTION TO APPROVE
       v.                            )  SECOND AMENDED CONSENT DECREE;
13                                   )  [PROPOSED] ORDER APPROVING
   SKAGIT COUNTY DIKE DISTRICT NO. 22, )  SECOND AMENDED CONSENT DECREE
14 BOARD OF COMMISSIONERS OF SKAGIT  )
   COUNTY DIKE DISTRICT NO. 22,      )
15 STANLEY E. NELSON, NOLAN LEE,     )  NOTE ON MOTION CALENDAR:
   CURTIS B. WYLIE, ROBERT A. HUGHES, )  FRIDAY, OCTOBER 12, 2012
16 and DAVID HUGHES,                 )
17                                   )
              Defendants.            )
18                                   )

19       Pursuant to the Court's September 5, 2008 summary judgment order, plaintiff Swinomish

20 Indian Tribal Community ("Tribe") and defendants Skagit County Dike District No. 22, et al.

21 ("District") jointly move this Court to adopt the attached Second Amended Consent Decree

22 settling the remedy for the District's violations of the Clean Water Act ("CWA") and

23 Endangered Species Act ("ESA").  The Second Amended Consent Decree, which is lodged

24 herewith as Exhibit 1, represents a good faith settlement of the remaining disputed issues in this

25 case and is consistent with and advances the goals of the CWA and ESA.

26       The parties have submitted the attached Consent Decree to the federal government for

27 STIPULATED MOTION TO APPROVE SECOND AMENDED                *Earthjustice*
   CONSENT DECREE; [PROPOSED] ORDER APPROVING                *705 Second Ave., Suite 203*
28 SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 1 -      *Seattle, WA  98104*
                                                             *(206) 343-7340*

comment.  The parties have agreed to make changes to their proposed amended consent decree at the request of the federal government, and those changes are reflected in the second amended consent decree attached to this motion.  The parties have been informed that because the government's proposed changes have been agreed to by the parties, the government has no objection to the entry of this second amended consent decree, and intends to inform the Court of its position by letter shortly.  **Accordingly, the parties respectfully request that the Court enter this Second Amended Consent Decree at its earliest convenience after the noting date for this motion.**

Respectfully submitted this 5th day of October, 2012.

s/  Jan Hasselman
JAN HASSELMAN (WSB #29107)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorney for Plaintiff*

\* per email authorization

s/  Jan Hasselman, for *
GARY T. JONES (WSBA #5217)
Jones & Smith
Attorneys at Law
P.O. Box 1245
415 Pine Street
Mount Vernon, WA  98273
(360) 336-6608
(360) 336-2094 *[FAX]*
gjones@jonesandsmith.com

*Attorney for Defendants*

STIPULATED MOTION TO APPROVE SECOND AMENDED CONSENT DECREE; [PROPOSED] ORDER APPROVING SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

[PROPOSED] ORDER APPROVING SECOND AMENDED CONSENT DECREE

The Second Amended Consent Decree is hereby APPROVED.

DATED this 15th day of October, 2012.

*[signature]*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION TO APPROVE SECOND AMENDED CONSENT DECREE; [PROPOSED] ORDER APPROVING SECOND AMENDED CONSENT DECREE (C07-1348-RAJ)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*