THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>Plaintiff,<br><br>vs.<br><br>SKAGIT COUNTY DIKE DISTRICT NO. 22, BOARD OF COMMISSIONERS OF SKAGIT COUNTY DIKE DISTRICT NO. 22, STANLEY E. NELSON, NOLAN LEE, CURTIS B. WYLIE, ROBERT A. HUGHES, AND DAVID HUGHES,<br><br>Defendants. | No.: C07-1348<br><br>PLAINTIFF'S REPORT ON EXPENDITURE OF CONSENT DECREE SETTLEMENT FUNDS |

WHEREAS Plaintiff Swinomish Indian Tribal Community ("Tribe") brought this action against Defendants Skagit County Dike District No. 22, Board of Commissioners of Skagit County Dike District No. 22, Stanley E. Nelson, Nolan Lee, whose seat on the Commission is now filled by Greg Lee, Curtis B. Wylie, whose seat on the Commission is now filled by John Wolden, Robert A. Hughes, and David Hughes (collectively, "District") in October 2007, alleging violations of the federal Endangered Species Act ("ESA") and Clean Water Act ("CWA") related to certain of the Defendants' actions in replacing and maintaining tidegates and other drainage infrastructure within its jurisdiction;

PLAINTIFF EXPENDITURE REPORT

1

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

WHEREAS the Tribe moved for partial summary judgment on its CWA claims related to the replacement of the Dry Slough, Wylie, and Eakins tidegates, and ESA claims related to the replacement of the Dry Slough tidegate, and the Defendants moved for partial summary judgment on the Tribe's claims related to the Wylie and Eakins tidegates;

WHEREAS this Court granted summary judgment to the Tribe in full on its motion for partial summary judgment and denied the Defendants' motion for partial summary judgment;

WHEREAS the Tribe requested that the Court defer granting a remedy to the Tribe for the adjudicated violations of the ESA and CWA pending an opportunity to negotiate a settlement regarding remedy;

WHEREAS the parties negotiated in good faith in an attempt to resolve the remedy issues for the violations of law identified by the Court in its September 5, 2008 Order, and moved this Court to adopt a Consent Decree obligating the parties to undertake certain actions within specific deadlines;

WHEREAS after the parties negotiated minor modifications to the Consent Decree and this Court approved such modifications, this Court entered an order approving the Amended Consent Decree on January 29, 2009;

WHEREAS the Amended Consent Decree set forth a deadline of 18 months for issuance of permits for construction of a Goose Reserve Restoration Project, and despite this deadline, no permits were issued in the three and a half years following execution of the Amended Consent Decree;

PLAINTIFF EXPENDITURE REPORT

2

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

WHEREAS the Amended Consent Decree articulated an alternative remedy if permits for construction of the Goose Reserve Restoration Project were not issued within the 18-month deadline, namely the installation of a self-regulating tidegate at Dry Slough;

WHEREAS the parties have agreed that installation of a self-regulating tidegate at Dry Slough is no longer a suitable remedy for the District's violations of the CWA and ESA;

WHEREAS the parties negotiated in good faith to amend the obligations undertaken in the Amended Consent Decree and identified alternative obligations that resolve the legal issues identified by this Court, and submitted to the Court a [Proposed] Second Amended Consent Decree;

WHEREAS the Court entered an order approving the Second Amended Consent Decree on October 15, 2012;

WHEREAS the Second Amended Consent Decree required the Defendants to pay to the Plaintiff the sum of $500,000 for the express and sole purpose of implementing actions that promote the recovery goals established in the federally-adopted Endangered Species Act Recovery Plan for Puget Sound Chinook salmon;

WHEREAS the Second Amended Consent Decree also required the Plaintiff to submit an annual report on the use of these funds to the Court, the United States Department of Justice, and Defendants describing the activities for which funds were used in support of the goals of the Recovery Plan, and the amounts expended for each activity, until such time as the Consent Decree funds are fully expended;

NOW, THEREFORE, Plaintiff SWINOMISH INDIAN TRIBAL COMMUNITY submits the following report:

PLAINTIFF EXPENDITURE REPORT

3

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

To date, the Tribe has received four payments of $125,000 each from the Defendants, for a total of $500,000. Funding may support projects that "promote the recovery goals established in the federally-adopted Endangered Species Act Recovery Plan for Puget Sound Chinook salmon." Second Amended Consent Decree at 4. Since its previous Report, the Tribe completed work on two projects previously funded with Consent Decree funds and made substantial progress on a new project that was supported by Consent Decree funds. All projects have advanced the Recovery Plan's goals:

***Swinomish Channel Feasibility Project.*** This project was completed during the current reporting period. As previously reported, in 2020 the Swinomish Tribe contracted with restoration scientists from the Skagit River System Cooperative to conduct a feasibility assessment of potential habitat restoration projects along the length of the Swinomish Channel, including on the Swinomish Reservation, for the benefit of Chinook salmon recovery. The Swinomish Channel is a migratory corridor for salmon connecting the natal Skagit River to the extensive eelgrass meadows of Padilla Bay, and habitat along its length has been degraded by a long history of marsh filling from navigation channel activities. Restoration of multiple sites is necessary to improve connectivity for fish moving along the channel from the Skagit River Delta to large rearing sites at the northern end, including Smokehouse and Telegraph Slough. The total cost for the Swinomish Channel Feasibility Project is $171,500. The Tribe committed to expending $51,450 in Consent Decree funds on the Project, primarily as match to leverage additional outside grant funding. In the prior reporting period, the Tribe spent $6,157.33 of the committed Consent Decree funds.

During the current reporting period, the Tribe completed the Swinomish Channel Feasibility Project and spent the remaining amount of $45,292.67 in Consent Decree funds. This project has advanced the Tribe's ability to identify suitable Chinook salmon habitat restoration

PLAINTIFF EXPENDITURE REPORT

4

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

project sites along the Swinomish Channel, and the Tribe expects to proceed with further site feasibility assessment and preliminary design work as a result of this project.

***Juvenile Chinook Salmon Response to Estuarial Restoration Study***.  This project was also completed during the current reporting period. As previously reported, the Juvenile Chinook Response Study was an ongoing and comprehensive study and review of the Tribe's Skagit delta fisheries data.  The purpose of the Juvenile Chinook Response Study was to analyze existing juvenile Chinook and habitat data collected from seven estuary restoration projects conducted from 2001 to 2017 and synthesize this information into a comprehensive fisheries journal manuscript.  The Tribe reported expenditures of Consent Decree funds in support of this project during the 2019 reporting period ($16,591.05) and the 2020 reporting period ($13,374.30). During the 2021 and 2022 reporting periods, there were no direct expenditures of Consent Decree funds for the Study.  Nevertheless, the research scientists' work on the Study—supported by other grant funding sources—continued, and the project was completed. The Tribe has submitted one manuscript of this work for peer review in the Canadian Journal of Fisheries and Aquatic Sciences, titled "Landscape determinants of aquatic estuarine habitat use by juvenile Chinook salmon". The fisheries manuscript will inform the Tribe's future juvenile Chinook salmon monitoring and restoration work throughout the Skagit River estuary.

***McGlinn jetty emergency response-SRSC Technical Support***: In April 2023 it was discovered that juvenile salmon, including ESA-listed Chinook, were being harmed as a result of stranding and entrainment on the McGlinn Island jetty. The Swinomish Tribe worked with the U.S. Army Corps of Engineers to implement an emergency repair that consisted of placing a graded mix of sand and gravel along approximately 200 feet of the jetty with the goal of reducing velocities through the porous structure to reduce the risk of fish entrainment. Skagit River System Cooperative ("SRSC") provided technical support for this effort, including

PLAINTIFF EXPENDITURE REPORT

5

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

monitoring plan development and implementation, construction planning and coordination, development of adaptive management targets to limit fish entrainment, fish exclusion and effectiveness evaluation, and regular velocity measurements. The Tribe completed the majority of the above-described tasks within this reporting period, and expects to finish this project within the next reporting period.  To date, the Tribe has expended $94,104.78 in Consent Decree funds on the SRSC project to guide habitat restoration for Chinook salmon at the McGlinn Jetty.

The funds expended on and committed to the three projects described above advanced the goals of the Recovery Plan for Puget Sound Chinook salmon.  Consistent with the requirements of the Second Amended Consent Decree, the projects support the Plan's recommendations to "protect, restore, evaluate, and monitor habitat condition for Skagit Chinook salmon."  Second Amended Consent Decree at 4.  The Court further provided examples of suitable projects for which settlement funding may be used, including "evaluating fish passage blockages and implementing restoration actions", "evaluating sources of instream pollution and implementing plans to reduce it", and "planning and implementing research projects on estuary survival and limiting factors." *Id*.  The expenditures reported here are consistent with these examples and the Recovery Plan.

Respectfully submitted this 17th day of October, 2023.

> *s/ Weston LeMay*
> Weston LeMay, WSBA #51916
> Office of the Tribal Attorney
> 11404 Moorage Way
> La Conner, WA 98257
> wlemay@swinomish.nsn.us
> *Attorney for Swinomish Indian Tribal Community*
>
> *s/ Jan Hasselman*
> Jan Hasselman, WSBA #29107
> Earthjustice
> 810 Third Avenue, Suite 610
> Seattle, WA  98104

PLAINTIFF EXPENDITURE REPORT

6

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

(206) 343-7340
**(206) 343-1526 [FAX]**
jhasselman@earthjustice.org
*Attorney for Swinomish Indian Tribal Community*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I electronically filed the foregoing *Plaintiff's Report on Expenditure of Consent Decree Settlement Funds* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

<u>*s/ Weston LeMay*</u>
Weston R. LeMay

PLAINTIFF EXPENDITURE REPORT

7

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309